**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 13-52753-PJS | Trustee Name: | Frederick J. Dery |
| Case Name: | SESI, REBECCA | Date Filed (f) or Converted (c): | 06/28/2013 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 08/01/2013 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Chase Bank Checking Account | $2,500.00 | $0.00 | | $0.00 | $0.00 |
| 2  Chase Bank Saving ACcount | $200.00 | $0.00 | | $0.00 | $0.00 |
| 3  Furniture and kitchen items | $3,000.00 | $0.00 | | $0.00 | $0.00 |
| 4  Clothing | $500.00 | $0.00 | | $0.00 | $0.00 |
| 5  costume jewelry | $300.00 | $0.00 | | $0.00 | $0.00 |
| 6  Farm Bureau Term Insurance Policy | $1.00 | $0.00 | | $0.00 | $0.00 |
| 7  2013 tax refund | $1,200.00 | $0.00 | | $0.00 | $0.00 |
| 8  Fraudulent Transfer (u) | $0.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 9  Accounts Receivables (u) | $0.00 | $500.00 | | $0.00 | $500.00 |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

$7,701.00     $1,500.00     $0.00     $1,500.00

**Major Activities affecting case closing:**
03/30/2014   TRUSTEE IS INVESTIGATING A FRAUDULENT TRANSFER AND ACCOUNTS RECEIVABLES

**Initial Projected Date Of Final Report (TFR):** 12/31/2015   **Current Projected Date Of Final Report (TFR):** 12/31/2015   /s/ FREDERICK J. DERY

FREDERICK J. DERY